# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: PETITION OF GREGORY A. BELUSCHAK AND AT LEAST FIVE (5) ELECTORS OF THE FIRST WARD OF THE CITY OF CLAIRTON TO APPOINT GREGORY A. BELUSCHAK, A REGISTERED ELECTOR IN AND RESIDENT OF THE FIRST WARD OF THE CITY OF CLAIRTON, TO FILL THE CURRENT VACANCY ON CLAIRTON CITY COUNCIL FOR THE FIRST WARD OF THE CITY OF CLAIRTON, ALLEGHENY COUNTY, PENNSYLVANIA | : No. 4 WAP 2017 <br> : <br> : Appeal from the Order of the Court of <br> : Common Pleas of Allegheny County <br> : entered January 17, 2017 at No. GD-16- <br> : 023932. <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| RE: PETITION OF RICHARD L. LATTANZI, RAYMOND A. KURTA AND FIVE (5) ELECTORS OF THE FIRST WARD OF THE CITY OF CLAIRTON TO APPOINT RAYMOND A. ("TONY") KURTA TO FILL THE VACANCY ON CLAIRTON CITY COUNCIL DUE TO THE PASSING OF COUNCILMAN JOHN A. LATTANZI ON OCTOBER 24, 2016 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| APPEAL OF: GREGORY A. BELUSCHAK | : |

## ORDER

**PER CURIAM**

AND NOW, this 20th day of March, 2017, this matter is hereby transferred to the Commonwealth Court.